JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWIN FIGUEROA, | ) | CASE NO. **SACV 14-0147-DOC(ANx)** |
| Plaintiff(s), | ) | |
| V. | ) | ORDER DISMISSING CIVIL ACTION |
| VMC ENTERPRISES INC., | ) | |
| Defendant(s). | ) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown by **July 3, 2014**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:  April 4, 2014

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge